UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    Petitioner,

v.                                             Case No. 1:25-cv-105-TKW-MAL

SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination Respondent's motion to dismiss should be denied. Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Respondent's motion to dismiss (Doc. 13) is **DENIED**.

3. Respondent has 14 days from the date of this Order to respond to the §2241 petition.

4. Petitioner has 28 days after the response is filed to file a reply.

5. This case is returned to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 29th day of August, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**