**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**MICHAEL LORUSSO**,

**Petitioner,**

**v.** **Case No. 1:25-cv-105-TKW-MAF**

**SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,**

**Respondent**.
_________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 63) and Petitioner's "written objections" (Doc. 64). Upon de novo review of the issues raised in the objections,[1] the Court agrees with the magistrate judge's determination that Petitioner's second amended §2241 habeas petition is moot because Petitioner is no longer in Respondent's custody.

Accordingly, it is ORDERED that:

[1] It is hard to understand what points Petitioner is trying to make in the objections, but he appears to be raising issues with the handling of his pending state criminal case and the evidence against him. Those issues are beyond the scope of this habeas proceeding and have nothing to do with the magistrate judge's determination that Petitioner's habeas petition is moot because he is no longer in Respondent's custody. Indeed, not only is Petitioner no longer in Respondent's custody, it appears that he is no longer even within the geographic jurisdiction of this Court.

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Petitioner's second amended §2241 habeas petition is DISMISSED as moot.

3. All pending motions are DENIED as moot.

4. A certificate of appealability is DENIED.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 8th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**